**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MONIKA JACKSON-COOPER, *et al.*, | |
| Plaintiffs, | NO. 3:17-CV-00349 |
| v. | (JUDGE CAPUTO) |
| PENN ESTATES PROPERTY OWNERS ASSOCIATION, | |
| Defendant. | |

**ORDER**

**NOW**, this 3rd day of March, 2017, **IT IS HEREBY ORDERED** that Plaintiffs are given fourteen (14) days from the date of this Order to file an amended complaint properly alleging diversity jurisdiction. If Plaintiffs fail to do so, the action will be dismissed.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge